JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARIA ROSABELLE BONDOC, | Case No. 2:24-cv-10700-SB-SSC |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| SELECT PORTFOLIO SERVICING, INC. et al., | |
| Defendants. | |

Plaintiff has filed notices of settlement with Defendants Select Portfolio Servicing, Inc. (Select), Trans Union LLC (Trans Union), and Experian Information Solutions, Inc. (Experian). Dkt. Nos. 34, 35, 40. Plaintiff has also filed motions to sever and dismiss Select and Trans Union with prejudice, as well as a motion to sever and dismiss Equifax Information Services, LLC (Equifax) without prejudice. Dkt. Nos. 41–43. In her motion to sever Equifax, Plaintiff states that she seeks to voluntarily dismiss her claims against it. Dkt. No. 43 at 2; *see also* Fed. R. Civ. P. 41(a)(1) (permitting voluntary dismissal before defendant serves answer).

This action is therefore dismissed in its entirety without prejudice, the motions to sever are denied as moot, and the March 14, 2025 mandatory scheduling conference is vacated. For 30 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice as to Select, TransUnion, and Experian on the 31st day,[1] absent a timely motion to vacate and reopen. If the case is reopened, the parties should be prepared for an expedited trial schedule.

---

[1] The dismissal will continue to be without prejudice as to Equifax.

1

The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 30 days as ordered above. *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit **at least seven days before the deadline** a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: March 12, 2025

_____

Stanley Blumenfeld, Jr.
United States District Judge